IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **LILIAN O. AREVALO,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:13-CV-4734-L** |
| § | |
| **WELLS FARGO MORTGAGE, N.A.,** *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

This case was referred to Magistrate Judge Paul D. Stickney, who entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on January 23, 2014, recommending that the action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. No objections were filed to the Report.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions of the magistrate judge are correct, **accepts** them as those of the court, and **dismisses** this action **without prejudice** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and follow a court order.

**It is so ordered** this 4th day of February, 2014.

Sam A. Lindsay
United States District Judge

Order –Solo Page